| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | ERIN SNIDER, #304781<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561<br>Fax: (559) 487-5950 |
| 5 | |
| 6 | Attorney for Defendant<br>JOSE A. CARRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00206-SAB |
|---|---|
| Plaintiff, | STIPULATION TO ADJUST BRIEFING SCHEDULE AND CONTINUE EVIDENTIARY HEARING; ORDER |
| vs. | |
| JOSE A. CARRERA, | DATE: May 2, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Gary Leuis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jose A. Carrera, that the briefing schedule for the motion to suppress be adjusted as follows: motion to be filed by April 4, 2019, response due April 18, 2019, reply due April 25, 2019. The parties further stipulate that the evidentiary hearing, currently scheduled for April 4, 2019, at 10:00 a.m., be continued to May 2, 2019, at 10:00 a.m.

Defense counsel just recently received Mr. Carrera's file and requires additional time to review discovery and assess whether a motion to suppress is warranted.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| | Date: March 4, 2019 | */s/ Gary Leuis*<br>GARY LEUIS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: March 4, 2019 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE A. CARRERA |

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the briefing schedule for the motion to suppress is adjusted as follows: motions to be filed by April 4, 2019, response due April 18, 2019, reply due April 25, 2019. The evidentiary hearing, currently scheduled for April 4, 2019, at 10:00 a.m., is continued to May 2, 2019, at 10:00 a.m. The defendant is ordered to appear on May 2, 2019.

IT IS SO ORDERED.

Dated: **March 4, 2019**

UNITED STATES MAGISTRATE JUDGE