McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-po-00206-SAB |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| JOSE CARRERA, | |
| Defendant. | |

The United States now moves to dismiss citation 7418141 issued to Jose Carrera on July 29, 2018, with prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: April 23, 2019                    McGREGOR W. SCOTT
                                         United States Attorney

                                    By:  /s/ Michael G. Tierney
                                         MICHAEL G. TIERNEY
                                         Assistant U.S. Attorney

1

Order

The Court hereby orders that citation number 7418141, issued to Jose Carrera on July 29, 2018 is DISMISSED WITH PREJUDICE

IT IS SO ORDERED.

Dated: **April 23, 2019**

UNITED STATES MAGISTRATE JUDGE